Application granted. The hearing scheduled for August 17, 2026 is adjourned until August 20, 2026 at 1 p.m.

SO ORDERED.

Hon. Ronnie Abrams
August 11, 2026

August 10, 2026

**Via ECF**
The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**Re: Adjournment Request in *Muller Parra v. Genalo,* 1:26-cv-06740-RA**

Dear Judge Abrams,

Our organization represents Petitioner Jose Raul Muller Parra in this matter. Petitioner submits this letter to request a brief adjournment of the hearing scheduled for August 17, 2026. The reason for the request is that the undersigned is currently scheduled to attend a deposition in another matter on the same day. This is Petitioner's first request for an adjournment. Respondents consent to this request. After conferring about their respective schedules next week, counsel for both parties note that they are otherwise available to appear for a hearing next week, except for August 18th after 1 p.m. and August 21st before 1 p.m.

I thank the Court for its time and consideration of this submission.

Sincerely,

/s/ Harold A. Solis
Harold A. Solis
Make the Road New York
301 Grove St.
Brooklyn, NY 11237
*Counsel for Petitioner*