UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE RAUL MULLER PARRA,

Petitioner,

v.

KENNETH GENALO, *in his official capacity as Acting Field Office Director of New York, Immigration and Customs Enforcement*, MARKWAYNE MULLIN, *in his official capacity as Secretary of Homeland Security*, TODD BLANCHE, *in his official capacity as Attorney General*,

Respondents.

26-CV-6740 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

For the reasons stated at today's hearing, the Court grants the petition for a writ of habeas corpus and orders Petitioner's release by 5:00 p.m. today. The Government may not use ankle monitors or similar technology to monitor Petitioner's locations. *See Yeleshev v. Larocco*, 2026 WL 1353806, at *8 (E.D.N.Y. May 14, 2026) ("Respondents may not use ICE ankle monitors or similar technology to monitor [the petitioner], because the Court has granted the writ."). It shall also return all personal property in its custody to him upon release. The Government must promptly file proof on the docket once it has complied with this order.

SO ORDERED.

Dated: August 20, 2026
New York, New York

Ronnie Abrams
United States District Judge