UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE RAUL MULLER PARA,

Plaintiff,

v.

KENNETH GENALO, *in his official capacity as Acting Field Office Director of New York, Immigration and Customs Enforcement*, MARKWAYNE MULLIN, *in his official capacity as Secretary of Homeland Security*, TODD BLANCHE, *in his official capacity as Attorney General*,

Defendants.

26-CV-6740 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On August 6, 2026, Petitioner filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Dkt. 1. On August 20, 2026, the Court granted the petition thereby ordering the release of Petitioner. Dkt. 13. Accordingly, by October 12, 2026, Petitioner shall inform the Court whether there are any remaining issues for the Court to resolve. If Petitioner does not identify any remaining issues by that date, the Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated: October 6, 2026
New York, New York

Ronnie Abrams
United States District Judge